UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| JIMMY ESCOBAR NERIO, | Case No. 2:26-cv-02187-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| JOHN MATTOS, *et al.*, | |
| Respondents. | |

Petitioner Jimmy Escobar Nerio, an immigration detainee challenging the lawfulness of his federal detention at Nevada Southern Detention Center, filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1-1.)

Petitioner filed another § 2241 habeas petition challenging his immigration detention where the Court appointed him counsel and set a deadline to file an amended petition. *See Neiro v. Mattos*, Case No. 2:26-cv-02010-MMD-NJK. The Court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims Petitioner wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No: 2:26-cv-02010-MMD-NJK.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of the Court is directed to enter final judgment accordingly and close this case.

DATED THIS 21st Day of July 2026

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE